**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-6394**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ELIZABETH PAZ ELM,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CR-94-60, CA-00-650-3)

───────────

Submitted: July 20, 2001          Decided: August 1, 2001

───────────

Before TRAXLER, KING, and GREGORY, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Elizabeth Paz Elm, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elizabeth Paz Elm seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Elm, Nos. CR-94-60; CA-00-650-3 (W.D.N.C. filed Jan. 8, 2001; entered Jan. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED